VIRGINIA RIEGEL, Appellant, v. ABRAHAM I. SAVIN, Doing Business under the Assumed Name of A. I. SAVIN CONSTRUCTION COMPANY, and WAYLAND GIFFORD, Respondents.— Same decision and like cause of action as in companion case last above. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MARY MISTRETTA, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment and order reversed on the law, with one bill of costs in this and the companion action of *Vincenzo Mistretta* v. *City of Buffalo* (*post*, p. 1064), consolidated herewith, and complaint dismissed, with one bill of costs in this and the companion action consolidated herewith, on the ground that no actionable negligence on the part of the defendant was shown. All concur. (The judgment is for plaintiff in a negligence action. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

VINCENZO MISTRETTA, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment and order reversed on the law and complaint dismissed on the ground that no actionable negligence on the part of the defendant was shown. All concur. (The judgment is for plaintiff in a negligence action. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THOMAS CONDON, Appellant, Respondent, v. STATE OF NEW YORK, Respondent, Appellant. (Claim No. 25492.) — Judgment affirmed, without costs. All concur. (The judgment awards claimant damages for personal injuries alleged to have resulted by reason of negligence in the operation of Barge Canal bridge.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [See *post*, p. 1072.]

WILLIAM SHARPE, as Administrator, etc., of MYRTLE SHARPE, Deceased, Respondent, v. FREDERICK A. MARTIN and JOHN W. MARTIN, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

LUIGI GATTI, Respondent, v. WRIGHT & KREMERS, INC., Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HERMAN GURSSLIN, Respondent, v. MILDRED HELENBOLDT and CARL HELENBOLDT, Appellants.— Judgment and order reversed on the law and a new trial granted, with costs to the appellants to abide the event. Memorandum: It was prejudicial error to permit plaintiff's expert medical witness to testify over defendants' objection and exception to matters shown by the X-rays without introducing the X-ray pictures in evidence. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.